| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| ALDEN A. THOMAS (SBN 031900)<br>JABURG & WILK, PC<br>3200 N. CENTRAL AVENUE SUITE 2000<br>PHOENIX, AZ 85012<br>Telephone No: (602) 248-1000 | |
| Attorney For: Plaintiff | Ref. No. or File No.: 23233-2 |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA |

| Plaintiff: | LAUREN BOTTI, |
|---|---|
| Defendant: | FLAGSTAFF ARTS and LEADERSHIP ACADEMY, INC. a political subdivision of the State of Arizona, et. al. |

| CERTIFICATE OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV-24-08020-PCT-MTL |
|---|---|---|---|---|

1. At the time of service I was at least 21 years of age and not a party to this action.

2. I served copies of the
   SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET

3. a. Party served:     FLAGSTAFF ARTS AND LEADERSHIP ACADEMY, INC.
   b. Person served:   Kara Kelty - CEO (Chief Executive Officer) - Authorized to Accept

4. Address where the party was served:   3401 North Fort Valley Road, Flagstaff, AZ 86001

5. I served the party:
   a. **by substituted service.**   On: Thu, Apr 04 2024 at: 01:41 PM by leaving the copies with or in the presence of:
   Kara Kelty - CEO (Chief Executive Officer) - Authorized to Accept

   (a) ( Person of suitable age and discretion. Informed him or her of the general nature of the papers.

   Service: $189.75, Mileage: $0.00, Certificate: $0.00, Wait: $0.00, Fees Advanced: $0.00, Total: $189.75

   I Declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct.

6. Person Executing:
   a. Nathan Botsch
   b. FIRST LEGAL
      3737 North 7th. Street Suite 209
      PHOENIX, AZ 85014
   c. (602) 248-9700

   _8 April 2024_                     _Nathan Botsch_
   (Date)                              (Signature)

   NATHAN BOTSCH
   CN2021-00003
   COCONINO COUNTY AZ

                              CERTIFICATE OF SERVICE



10771579 (10533968)